IN THE COUNTY COURT OF THE 1ST JUDICIAL CIRCUIT
IN AND FOR SANTA ROSA COUNTY, FLORIDA

LAURA SCOTT,

    **Plaintiff,**

v.

SCA COLLECTIONS - GREENVILLE
NC INC.,

    **Defendant.**

_____/

**JURY TRIAL DEMANDED**

**INJUNCTIVE RELIEF SOUGHT**

# COMPLAINT

Plaintiff Laura Scott ("Plaintiff") sues Defendant SCA Collections - Greenville NC Inc. ("Defendant") for violations of the Fair Debt Collection Practices Act ("FDCPA"),

## JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over Plaintiff and Defendant (collectively, the "Parties"), because the cause of action arises within the jurisdiction of this Court and, thus, venue and jurisdiction are proper.

2.    This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Santa Rosa County, Florida.

3.    The amount in controversy is greater than $8,000 but not to exceed $15,000.00 exclusive of costs, interest, and attorneys' fees, and is otherwise within this Court's jurisdiction.

4.    Venue of this action is proper in this Court because, pursuant to Fla. Stat. § 47.011, et seq., the cause of action alleged below arose in Santa Rosa County Florida.

## PARTIES

5. Plaintiff is a natural person, and a citizen of the State of Florida, residing in Santa Rosa County, Florida.

6. Defendant is a North Carolina Corporation, with its principal place of business located in Greenville North Carolina.

## DEMAND FOR JURY TRIAL

7. Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

8. On or about February 9, 2007, Plaintiff suffered an accident and related injuries in the course and scope of Plaintiff's employment that required medical treatment and/or services (the "Work-Injury").

9. On or about August 14, 2020, Vivid Pathology ("Care Provider") provided Plaintiff with a portion of the required medical services needed to treat the Work-Injury, whereby the only medical services provided to Plaintiff by Care Provider were for the treatment of the Work-Injury.

10. At the time Care Provider provided its respective medical services to Plaintiff, Plaintiff informed Care Provider that the sought treatment was for the Work-Injury.

11. Care Provider charged a fee for the provision of its (Care Provider's) respective medical services for treatment of the Work-Injury (the "Consumer Debt").

12. The Consumer Debt arose from Plaintiff's work-related accident and injuries.

13. Care Provider knew that payment of the Consumer Debt was the responsibility of Plaintiff's employer and/or the insurance carrier of Plaintiff's employer.

14. Care Provider knew that payment of the Consumer Debt was not Plaintiff's responsibility.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

15. Care Provider knew that it did not have any statutory or contractual right to attempt to collect the Consumer Debt from Plaintiff. Despite knowing this, however, Care Provider began attempting to collect the Consumer Debt from Plaintiff.

16. Thereafter, and despite knowing that it did not have any statutory or contractual right to attempt to collect the Consumer Debt from Plaintiff, Care Provider contacted Defendant to collect, or attempt to collect, the Consumer Debt from Plaintiff.

17. On a date better known by Defendant, Defendant began attempting to collect the Consumer Debt from Plaintiff.

18. Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

19. Defendant is a business entity engaged in the business of collecting consumer debts.

20. Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

21. Defendant is registered with the Florida Office of Financial Regulation as a "Consumer Collection Agency."

22. Defendant's "Consumer Collection Agency" license number is CCA0900268.

23. Defendant maintains all the records specified in Rule 69V-180.080, Florida Administrative Code.

24. The records specified by Rule 69V-180.080, Florida Administrative Code, of which Defendant does maintain, are current to within one week of the current date.

25. For Defendant's "Consumer Collection Agency" license to remain valid, Defendant is required to maintain, *at minimum*, all records specified in Rule 69V-180.080, Florida Administrative Code, and keep such records current within one week of the current date.

26. Rule 69V-180.080(3)(e) of the Florida Administrative Code commands that Defendant *shall* maintain: "[t]he debtor's account of activity disclosing… a record of payments made by the debtor, including the date received and the amount and balance owing."

27. Rule 69V-180.080(9)(a)-(b) of the Florida Administrative Code commands that Defendant *shall* maintain: "basic information about the debt including, at minimum… [d]ocumentation of the debt provided by the creditor," as well as "[t]he date the debt was incurred and the date of the last payment."

28. On a date better known to Defendant, Defendant sent a collection letter, internally dated September 27, 2021, to Plaintiff (the "Collection Letter") in an attempt to collect the Consumer Debt. A copy of the Collection Letter is attached hereto as Exhibit "A."

29. The Collection Letter is a communication from Defendant to Plaintiff in connection with the collection of a debt.

30. The Collection Letter represents an action to collect a debt by Defendant.

31. Defendant, by way of the records which it (Defendant) is required to maintain to retain a valid Consumer Collection Agency license with the Florida Department of State, knew that the Consumer Debt arose from the treatment of the Work-Injury and otherwise knew that it (Defendant), as well as Care Provider, did not have any statutory or contractual right to attempt to collect the Consumer Debt from Plaintiff.

PAGE | 4 of 7

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## COUNT 1.
## <u>VIOLATION OF 15 U.S.C. § 1692e(2)(A)</u>

32. Plaintiff incorporates by reference paragraphs 1-31 of this Complaint as though fully stated herein.

33. Pursuant to Fla. Stat. § 440.13(2)(a), an injured employee is entitled to "such medically necessary remedial treatment, care, and attendance for such period as the nature of the injury or the process of the recovery may require…."

34. Pursuant to Fla. Stat. § 440.13(13)(a), "[a] health care provider may not collect or receive a fee from an injured employee within this state, except as otherwise provided by this chapter. Such providers have recourse against the employee or carrier for payment for services rendered in accordance with this chapter."

35. An employee is shielded from liability in any dispute between the employer or carrier and health care provider regarding reimbursement for the employee's authorized medical or psychological treatment. *See generally* Fla. Stat. § 440.13.

36. Section 1692e of the FDCPA prohibits the use of "false, deceptive, or misleading representation or means in connection with the collection of any debt." 15 U.S.C. §1692e. The sixteen subsections of § 1692e set forth a non-exhaustive list of practices that fall within this ban, including, but not limited to: "*[t]he false representation of the character, amount, or legal status of any debt*." 15 U.S.C. § 1692e(2)(A). (emphasis added).

37. As stated above, Defendant mailed the Collection Letter to Plaintiff in an attempt to collect the Consumer Debt. The Collection Letter falsely represents that Plaintiff is responsible for the repayment of the Consumer Debt. Here, Plaintiff is not liable or otherwise responsible for the payment of the medical services rendered by Care Provider, as such medical services were rendered to Plaintiff as a result of a work-related injury sustained by Plaintiff.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

38.     Defendant by and through the Collection Letter, falsely represents the character of the Consumer Debt, *in that*, the Collection Letter falsely represents Consumer Debt as a debt which Plaintiff is solely responsible and/or otherwise obligated to pay.

39.     Further, by and through the Collection Letter, Defendant *falsely* represents the amount of the Consumer Debt, *in that*, the $406.00 sought by the Collection Letter exceeds the amount which Care Provider is entitled pursuant to the fee schedules and/or guidelines for services rendered to injured workers such as Plaintiff.

40.     Thus, by and through the Collection Letter, Defendant violated § 1692e(2)(A) of the FDCPA by falsely representing the *character* of the Consumer Debt, as well as by falsely representing the *amount* of the Consumer Debt.

**[The rest of this page left intentionally blank.]**

41. WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief:

(a) Statutory and actual damages as provided by 15 U.S.C. § 1692k;

(b) Costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k; and

(c) Any other relief that this Court deems appropriate under the circumstances.

DATED: February 4, 2022

        Respectfully Submitted,

        /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136

**PAUL A. HERMAN, ESQ.**
Florida Bar No.: 405175
E-mail: paul@consumeradvocatelaw.com
CONSUMER ADVOCATES LAW GROUP, PLLC
4801 Linton Blvd., Suite 11A-560
Delray Beach, Florida 33445
Phone:   (561) 236-8851

**JOEL A. BROWN, ESQ.**
Florida Bar No.: 66575
E-mail: joel.brown@friedmanandbrown.com
FRIEDMAN & BROWN, LLC
3323 NW 55th Street
Fort Lauderdale, Florida 33309
Phone:   (954) 966-0111

*COUNSEL FOR PLAINTIFF*

PAGE | **7** of 7

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com



# EXHIBIT "A"

# SCA COLLECTIONS – GREENVILLE, N.C., INC.

300 East Arlington Boulevard
Parliament Place, Suite 6-A, Greenville, NC 27858
Phone: (252) 355-5500
Toll Free: (800) 334-7713

September 27, 2021

4691705-200
Laura C Scott
3266 Melvin Dr
Milton FL 32571-6720

Creditor:        VIVID PATHOLOGY
Client Account:  075781809
Patient Name:    SCOTT LAURA C
List Date:       09/26/21
Balance:         $406.00

Dear Laura C Scott:

Your account has been placed with our office for collection. We look forward to working with you to resolve this obligation.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

You can also pay online at www.scacollections.com/online-payments/.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

SCA Collections, Inc.

***Detach and Return the Lower Portion of this Notice with Your Payment***

P.O. Box 876
Greenville NC 27835-0876

RETURN SERVICE REQUESTED

Account #:

September 27, 2021

REMIT PAYMENTS TO:

IN THE COUNTY COURT OF THE 1ST JUDICIAL CIRCUIT
IN AND FOR SANTA ROSA COUNTY, FLORIDA

Case No.: 22-CC-305

LAURA SCOTT,

    Plaintiff,

v.

**CIVIL ACTION SUMMONS**

SCA COLLECTIONS - GREENVILLE NC INC.,

    Defendant.

_____/

ABP# 22-0515
DATE 2/18    TIME 10 1:35 PM
Name CM    Badge/ID# ___
*** scan back executed ***

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

        SCA Collections - Greenville NC Inc.
        300 East Arlington Boulevard Suite 6A
        Greenville North Carolina 27858

    Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Jibrael. S. Hindi, Esq., The Law Offices of Jibrael S. Hindi, PLLC, 110 SE 6th Street, Suite 1744, Fort Lauderdale, Florida 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on: FEBRUARY 8, 2022

                                Donald C. Spencer, Clerk of the Court

                                By: _____
                                       As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away.

If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Dated: February 4, 2022

Respectfully Submitted,

/s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
*COUNSEL FOR PLAINTIFF*

# Laura Scott vs. SCA Collections – Greenville, N. C., Inc.

## Case / Account Summary

- Client is Vivid Pathology located in Pensacola Florida
- Date of Service 08/14/2020
- Turned over for collections 09/26/2021
- Validation notice mailed 09/28/2021
- Workman' Compensation carrier phoned our office to provide coverage information on 10/20/2021.  Stated they needed to verify the information and call us back.
- 10/20/2021 Patient's employer phoned our office and provider workman's compensation information.
- SCA put a hold on the account to prevent the account from credit reporting or further collection efforts.
- 11/10/2021 SCA provided the workman's compensation insurance information to the medical provider.
- 11/16/2021 the medical provider emailed SCA to verify that they had filed the workman's compensation claim.
- 02/03/2022 SCA followed up with the client about status of the insurance claim, client advised SCA that claim has been filed, continue to hold.
- 02/18/2022 Process Server left a 2- page cover sheet of the summons on our front steps. Process server never delivered the summons to a person.
- SCA never made any effort to collect the balance from the patient other than the validation notice.  All collection action ended and the credit report was protected as soon as we were notified of workman's compensation.

```
02/19/22                    SCA COLLECTIONS, INC.                              PAGE 1
 10:27 AM  DN                     SELECTED
--------------------------------------------------------------------------------------
STATUS          Acct:4691705    Disposition:2600 CEASE COMMUNICATION    Wait: 02/18/22

DEBTOR        Name:SCOTT LAURA C        Ssn:487585811  Cbr:  Ph:850-736-3134
              Adr1:3266 MELVIN DR    POE:          Lgl:  POE Ph:
              City:MILTON       Cty:          Canc:   Born:01/30/1951
               St: FL  Zip:32571     St:    Zip:       COF:   Sal:

              Clnt:630A VIVID PATHOLOGY, TOLEDO OH, 075781809         Org:    406.00
              List:09/26/21 Srv:08/14/20 Ltrs:1  Time:34  Calls:0  Con:3  Bal:  406.00

Co-Maker's Previous Address
Spouse's Previous Address
MULTIPLE ACCOUNTS
RM# Acct    Name / Client   Chk# / Lst  Srv    Lpy  Col Disp    Bal    Check Reason      Drivers License #
    PRN    INT    LI3   LI4   AIN    CC    ATY    MS1    PJI
1  4691705*  SCOTT,LAURA C
075781809/630A/VIVID PATHOLOGY   09/26/21 08/14/20      0 2600    406.00
   406.00   0.00   0.00   0.00   0.00   0.00   0.00   0.00   0.00


REFERENCES       RELATIONS INS       700 SE PARKWAY DR 349963274
            ,7701 0044            STUART, FL

INSURANCE INFORMATION
             Financial Class:
             ***** Primary *****        ***** Secondary *****
               Carrier:
               Insured:
              Employer:
         Policy Number:
          Group Number:
         Effective Date:



LETTER HISTORY
    Letter   Date Sent   User ID  File Name - Located in
  1   200    09/28/21    LL

DILIGENCE HISTORY
   Current Cy/St:
      Contract: Current Base Date:  Last Bad Adr Date:
      Prior Base Date:          Last Adr Chg Date:
      Orig Base Date:           Last Payment Date:
No Clt Com History



02/19/22                    SCA COLLECTIONS, INC.                              PAGE 2
 10:27 AM  DN                     SELECTED
DILIGENCE FUTURE ACTIONS
No Clt Com Future Actions



POE HISTORY WINDOW

No POE History



PAYMENT BREAKDOWN No payments.


DETAIL BILLS
No Detail Bill Information

INSURANCE INFORMAT  PRIM INS CO   :WORKERSCOMP              PAID/DENIED   :
             PRIM INS POL # :022-136830              SEC INSURED   :
```

```
PRIN INS GR #  :2/9/07              BILL ENTITY ID :RELATION INS SRV OF FL
        FILING DATE  :               P.INS ADDRESS  :700 CENTRAL PARKWY
        AMT FILED    :               P.INS CITY,ST  :STUART,FL 34994
        PAID/DENIED  :               P.INS PHONE    :
        SEC INS CO   :               P.INS CONTACT  :CHRISTINA RODRIGUEZ
        SEC INS POL #:               S.INS ADDRESS  :
        SEC INS GR # :               S.INS CITY, ST :
        FILING DATE  :               S.INS PHONE    :
        AMT FILED    :               S.INS CONTACT  :

PPS         OLD CLNT ACCTNO :11015225185PNSH
            PLACE OF SERVIC :IP
            PRIM INS        :MISC
            SEC INS         :
            TOTAL PAYMENT   :0.00
            DTE LAST PMT    :
            LAST TRANSACTIO :001

SPECIAL NOTES    LAWSUIT FILED AGAINST SCA, HANDLE BY DAN ONLY

NOTES          LL  09/26/21  2:33P INSURANCE CODE 1: MISC
               LL  09/26/21  2:33P INSURANCE ACCT #1: MISC
               LL  09/26/21  2:33P DATE OF INSURANCE 1: 20210411
               LL  09/26/21  2:33P DATE OF INSURANCE 2: 00000000
               LL  09/26/21  2:43P Letter series #2 started
               LL  09/26/21  2:43P Letter #200 CREDIT BUREAU LETTER 1 requested  1
               LL  09/26/21  2:43P Created a Link request using Service Type LNBNKDEC et
               LL  09/26/21  2:43P LNBKDECREQ index 23469946 (A-4691705)
               LL  09/26/21  2:43P LN (LNBNKDEC) Created skiptrace request for 'FACS-DEBTOR'
               LL  09/26/21  2:43P window 2 (TID #11809189).
               LL  09/26/21  2:57P LN (LNBNKDEC) Received skiptrace results for 'FACS-DEBTOR'
               LL  09/26/21  2:57P window 2 (TID #11809189).
               LL  09/27/21  6:48P DT (DTNCOA) Received letter-printing results for
               LL  09/27/21  6:48P 'DEMOGRAPHICS' window 2 (TID #11826737).

02/19/22                  SCA COLLECTIONS, INC.                    PAGE 3
10:27 AM  DN                    SELECTED
               LL  09/28/21 11:30  Letter #200 CREDIT BUREAU LETTER 1 sent
               LL  09/28/21 11:30  2999 DLC SERIES COMPLETE sys
               DT  10/20/21  2:42P WRKR CMP PRVDR INQ ON ACCT ATTMPT TO GIVE INFO SAID NEED
               DT  10/20/21  2:42P TO VRFY INFO AND CALL BACK
               DT  10/20/21  2:42P 2999 DLC SERIES COMPLETE
               SC  10/20/21  2:55P Stopped 0 letters et sm2701 index 23575877
               SC  10/20/21  2:55P 2701 INSURANCE T/BE FILED
               SC  10/20/21  2:55P RECD CALL FROM EMPLOYER GAVE WRKMNS COMP INFO ASKD FOR
               SC  10/20/21  2:55P PHONE # FOR ADJ SD DNT HAVE A # THEY ARE NOT ALLOWED TO
               SC  10/20/21  2:56P CALL THEM TLD HER WILL FWD TO CL
               LL  11/10/21 12:15P EMAILED INS INFO TO APS TO FILL
               LL  11/10/21 12:15P 2700 INSURANCE FILED
               LL  11/16/21  4:07P RCVD EMAIL FROM APS COLL-FILED TO INS
               LL  02/03/22  1:44P PER SB GUSMAN-HOLD, BILLED INS-W/COMP
               LL  02/03/22  1:44P 2700 INSURANCE FILED
               DN  02/18/22  2:02P CIVIL LAWSUIT FILED AGAINST SCA, SERVED TODAY BY SERVICE
               DN  02/18/22  2:02P PROCESSOR JUST LEAVING A COPY ON THE STEPS AT THE FRONT
               DN  02/18/22  2:02P DOOR
               DN  02/18/22  2:02P No open tradeline at credit bureau et sm2600 index 24374439
               DN  02/18/22  2:02P (R-4691705)
               DN  02/18/22  2:02P Stopped 0 letters et sm2600 index 24374440
               DN  02/18/22  2:02P 2600 CEASE COMMUNICATION

CREDIT REPORTS
CREDIT REPORT FLAGS:  EQU= N   XPR= N   TU= N

ACCOUNT AUDIT NOTES      TH 10/04/21 7:01 PM EQU Not Selected - Minimum days not met 90
               TH 10/04/21 7:01 PM TU Not Selected - Minimum days not met 90
               TH 10/04/21 7:01 PM XPR Not Selected - Minimum days not met 90
               SC 10/20/21 2:56 PM EQU Credit report flag changed from Y to N (ind)
               SC 10/20/21 2:56 PM Account no longer considered when reporting to EQU. (ind)
               SC 10/20/21 2:56 PM XPR Credit report flag changed from Y to N (ind)
               SC 10/20/21 2:56 PM Account no longer considered when reporting to XPR. (ind)
               SC 10/20/21 2:56 PM TU Credit report flag changed from Y to N (ind)
               SC 10/20/21 2:56 PM Account no longer considered when reporting to TU. (ind)
```

\*\* END OF REPORT \*\*